DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRUCE A. LAWNER,**
Appellant,

v.

**DEERFIELD 21 CORPORATION** d/b/a **WYDHAM DEERFIELD BEACH RESORT,**
Appellee.

No. 4D19-658

[March 26, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan Frink, Judge; L.T. Case No. CACE 15-001889.

Steven C. Rubino of Rubino Findley, PLCC, Boca Raton, for appellant.

Neil W. Blackmon of Gaebe, Mullen, Antonelli & DiMatteo, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***